UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL CANNON,<br><br>        Plaintiffs,<br><br>v.<br><br>WAY.COM, INC.,<br><br>        Defendants. | Case No. 25-cv-02529-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  8/8/2025

FURTHER CASE MANAGEMENT: 8/22/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 1/27/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 2/9/2026;
    Opp. Due: 2/23/2026; Reply Due: 3/2/2026;
    and set for hearing no later than 3/20/2026 at 10:00 AM.

DESIGNATION OF EXPERTS: 2/10/2026; REBUTTAL: 3/10/2026;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 4/7/2026.

PRETRIAL PAPERWORK DUE:  5/12/2026
PRETRIAL CONFERENCE DATE: 5/26/2026 at 1:30 PM.

JURY TRIAL DATE: 6/8/2026 at 9:00 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: June 13, 2025

SUSAN ILLSTON
United States District Judge